UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


| | |
|---|---|
| JULIE A. CRUZ ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 1:12-0035 |
| ] | Judge Trauger |
| UNITED STATES OF AMERICA ] | |
|     Respondent. ] | |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the petitioner's *pro se* § 2255 motion (Docket Entry No.1) lacks merit. Consequently, said motion is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of a denial of a constitutional right.

It is so ORDERED.

/s/ Aleta A. Trauger
Aleta A. Trauger
United States District Judge